IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN WALTER WEBER, Defendant. | CR 04–35–M–DWM ORDER **FILED** APR 12 2013 Clerk, U.S District Court District Of Montana Missoula |

Brian Weber is alleged to have violated two conditions of his supervised release, amounting to a total of three violations. Two of those violations are related to his association with a person engaged in criminal activity and a person who is a convicted felon. The third involves alleged distribution of methadone pills. Magistrate Judge Lynch recommends revoking Weber's supervised release and sentencing him to eight months imprisonment, followed by 28 months of supervised release.

Neither party filed objections to Judge Lynch's Findings and Recommendation, so the Court reviews the Findings and Recommendation for

1

clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

The Court finds no clear error and adopts in full Judge Lynch's Findings and Recommendation, as well as the proposed judgment.

IT IS ORDERED that Magistrate Judge Lynch's Findings and Recommendation (doc. 378) is adopted in full.

Dated this 12th day of April 2013.

Donald W. Molloy, District Judge
United States District Court